FILED

10/12/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0288

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0288

_____

PLANNED PARENTHOOD OF MONTANA, and
SAMUEL DICKMAN, M.D., on behalf of
themselves and their patients,

        Plaintiffs and Appellees,

    v.

STATE OF MONTANA, by and through AUSTIN        O R D E R
KNUDSEN, in his official capacity as Attorney
General, the MONTANA DEPARTMENT OF
PUBLIC HEALTH & HUMAN SERVICES, and
CHARLIE BRERETON, in his official capacity as
Director of the Department of Public Health and
Human Services,

        Defendants and Appellants.

_____

The parties have filed with this Court a stipulation to correct several errors in the official transcript of proceedings, citing M. R. App. P. 8(6). Upon review, the Court determines that the stipulation is not properly before this Court. Rule 8(6), Correction or Modification of the Record, provides in its entirety:

> If any difference arises as to whether the record accurately discloses what occurred in the district court, the difference shall be submitted to and settled by the district court within the time provided for transmission of the record or within such time as the district court may for good cause permit, and the record made to conform to the truth. If anything material to either party is omitted from the record by error or accident or is misstated therein, the parties by stipulation, or the district court, on motion of a party or upon its own motion, either before or after transmission of the record to the supreme court, may order that the omission or misstatement be corrected and, if necessary, that a supplemental record be certified and transmitted. All other questions as to the form and content of the record shall be presented to the supreme court.

Although the Rule lacks some clarity regarding a stipulation to correct a misstatement in the record, the authority to approve such a correction appears to rest with the District Court.

IT IS THEREFORE ORDERED that the parties are directed to present their stipulation to the District Court for approval.

The Clerk shall provide notice of this Order to all counsel of record.

2

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
October 12 2023